SARINA SALUJA, SBN 253781
E-Mail  ssaluja@fisherphillips.com
FISHER & PHILLIPS LLP
444 South Flower Street, Suite 1500
Los Angeles, California 90071
Telephone: (213) 330-4500
Facsimile: (213) 330-4501

Attorneys for Plaintiff
Plaintiff Fidelity Brokerage Services LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| FIDELITY BROKERAGE SERVICES LLC,<br><br>              Plaintiff,<br><br>     v.<br><br>JAMES BURI and MORGAN STANLEY SMITH BARNEY LLC,<br><br>              Defendants. | Case No: 8:18-cv-02246-JVS-ADS<br><br>**DECLARATION OF SARINA SALUJA IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINIGNG ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**<br><br>*[Submitted with Notice and Application of TRO, Memorandum of Points and Authorities, Declarations of Stephen Jennings and Gerard Kinzel, and [Proposed] Order]*<br><br>Complaint Filed:   December 19, 2018<br>Trial Date:   None Set |

DECLARATION OF SARINA SALUJA ISO PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION

# DECLARATION OF SARINA SALUJA

I, Sarina Saluja, hereby declare and state as follows:

1. I am an attorney licensed to practice before all of the courts of the State of California and am a partner with Fisher & Phillips LLP, attorneys of record for Plaintiff Fidelity Brokerage Services LLC ("Fidelity"). I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently thereto.

2. On December 19, 2018, I made arrangements to provide Defendants notice of the filing Plaintiff's *Ex Parte* Application for Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction ("Application") in accordance with the Judge's Procedures regarding Ex Parte applications set forth on the Honorable James V. Selna's Central District of California website, which includes providing e-mail notice of the Application.

3. Specifically, to provide notice to Defendant Buri, our firm sent an email to Harold Bridges, counsel for Mr. Buri who has previously communicated with Fidelity regarding this matter, using his published professional email address. To provide notice to Defendant Morgan Stanley, we sent an email to two attorneys in the Morgan Stanley corporate counsel department who are responsible for matters of this type, John Davis and Erika Altman-Lane, at their Morgan Stanley email addresses.

4. I also left a voicemail for Mr. Bridges at approximately 2:45 p.m. on December 19, advising him of the filing and that we would be emailing him papers in accordance Judge Selna's ex parte procedures.

I declare under the laws of the United States of America that the foregoing is true and correct. Executed on December 19, 2019, at Los Angeles, California.

SARINA SALUJA

1

DECLARATION OF SARINA SALUJA ISO PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION

FPDOCS 34834699.1