Sarina Saluja (SBN 253781)
Email: ssaluja@fisherphillips.com
FISHER PHILLIPS LLP
444 South Flower Street, Suite 1500
Los Angeles, California 90071
Telephone:  (213) 330-4500
Facsimile:(213) 330-4501

Attorneys for Plaintiff Fidelity Brokerage Services LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| FIDELITY BROKERAGE SERVICES LLC,<br><br>            Plaintiff,<br>v.<br><br>JAMES BURI and MORGAN STANLEY SMITH BARNEY LLC,<br><br>            Defendants. | CASE NO. 8:18-cv-02246-JVS-ADS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR EXPEDITED DISCOVERY IN AID OF PRELIMINARY INJUNCTION HEARING**<br><br>Complaint Filed:  December 19, 2018 |

# [PROPOSED] ORDER GRANTING EXPEDITED DISCOVERY IN AID OF PRELIMINARY INJUNCTION HEARING

This Court, having read and considered Plaintiff Fidelity Brokerage Services LLC's ("Plaintiff" or "Fidelity") Motion and Memorandum of Points and Authorities in Support of Plaintiff's Motion for Expedited Discovery and other submissions in support thereof, as well as upon consideration of any papers submitted by Defendants James Buri and Morgan Stanley Smith Barney LLC (collectively "Defendants") in opposition to the motion for expedited discovery, and having determined that Fidelity has shown good cause for the expedited discovery and that the discovery is narrowly tailored in light of the issues to be presented to the Court at the upcoming hearing on Fidelity's motion for a temporary restraining order and preliminary injunction, hereby finds and orders as follows:

1. The motion for expedited discovery is **GRANTED**. Fidelity is granted leave to conduct the following discovery on an expedited basis:

    (a) Fidelity may depose Defendant James Buri;

    (b) Fidelity may depose any Morgan Stanley employee(s) who contacted Fidelity customers on Defendant James Buri's behalf or in concert with him.

    (c) Fidelity may propound no more than eight (8) of Rule 34 document requests each to Defendant James Buri and Defendant Morgan Stanley requesting production to be made prior to the deposition(s) ordered herein.

**IT IS SO ORDERED.**


Entered this ___ day of _____, 2019.

_____
The Hon. Autumn D. Spaeth
United States District Judge