AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| Fidelity Brokerage Services, LLC <br><br> *Plaintiff(s)* <br> v. <br> James Buri and Morgan Stanley Smith Barney LLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 8:18-cv-02246-JVS-ADS |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* The above named Defendants:

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Sarina Saluja, SBN 253781
FISHER & PHILLIPS LLP
444 S. Flower St., Suite1500
Los Angeles, CA 90071
Tel: (213) 330-4500
Fax: (213) 330-4501

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                *Signature of Clerk or Deputy Clerk*